| *Attorney or Party without Attorney:* Samuel H. Rudman, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100 *FAX No:* 631-367-1173 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court - Southern District Of New York | | | | |
| *Plaintiff(s):* Firstfire Global Opportunities Fund, LLC<br>*Defendant:* Pics N.V., et al. | | | | |
| **AFFIDAVIT OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV04793 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Individual Rules and Practices in Civil Cases Before Judge Vernon S. Broderick

3. *a. Party served:* FTP Securities LLC
   *b. Person served:* Lynanne Gares, Service of Process Intake Clerk, Caucasian, Female, 45-50, Brown Hair, 5'6", 160-190 lbs.

4. *Address where the party was served:* Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 09, 2026 (2) at: 9:24AM

7. ***Person Who Served Papers:***
   a. Frank O'Donnell
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

6/15/26
*(Date)*

[signature]
*(Signature)*

GEORGE C BARTOLI MY COMMISSION EXPIRES MAY 15, 2028 NOTARY PUBLIC STATE OF DELAWARE

8. ***STATE OF DELAWARE, COUNTY OF*** New Castle
***Subscribed and sworn to (or affirmed) before me on this*** 15th ***day of*** June, 2026 ***by Frank O'Donnell***
***proved to me on the basis of satisfactory evidence to be the person who appeared before me.***

[signature]
**(Notary Signature)**