UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PICS N.V., EDUARDO CHEDID SIMOES, RODRIGO LUIS ROSA COUTO, JOSE ANTONIO BATISTA COSTA, EDUARDO CRUZ, JACKSON RICARDO GOMES, MARCIO ANTONIO TEIXEIRA LINARES, MAURICIO COSTA DE MOURA, WILLIAM RODNEY PRUETT, CITIGROUP GLOBAL MARKETS, INC., BofA SECURITIES, INC., RBC CAPITAL MARKETS, LLC, MIZUHO SECURITIES USA LLC, NOMURA SECURITIES INTERNATIONAL, INC., WR SECURITIES, LLC, BANCO BRADESCO BBI S.A., BB SECURITIES LIMITED, BANCO BTG PACTUAL S.A., XP INVESTIMENTOS CORRETORA DE CAMBIO, TITULOS E VALORES MOBILIARIOS S.A., FTP SECURITIES LLC, J&F PARTICIPACOES S.A., JOESLEY MENDONCA BATISTA, and WESLEY MENDONCA BATISTA,<br><br>Defendants. | Civil Action No. 1:26-cv-04793-VSB<br><br><u>CLASS ACTION</u><br><br>ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Having considered Sezar Akdemir's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Sezar Akdemir is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §77z-1(a)(3)(B)(iii).

3. Sezar Akdemir's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, under 15 U.S.C. §77z-1(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) the briefing and argument of any and all motions;

(b) the conduct of any and all discovery proceedings including depositions;

(c) settlement negotiations;

(d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e) the preparation and filing of all pleadings; and

(f) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

4. All securities class actions arising out of the same facts and claims on behalf of purchasers of PicS N.V. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein. A party objecting

to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

5. Every pleading in this action, and any related action that is consolidated with this Action, shall hereafter bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PICS N.V. SECURITIES LITIGATION | ) | Civil Action No. 1:26-cv-04793 |
| | ) | |
| | ) | CLASS ACTION |

IT IS SO ORDERED.

DATED: September 21, 2026

Jennifer E. Willis
THE HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE